# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY PETERS et al.<br>      Plaintiffs,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC<br>      Defendant. | Case No.: 14-CV-1569-CAB-WVG<br><br>**DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 15] |

Upon consideration of the parties' joint motion to dismiss with prejudice [Doc. No. 15], and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED**.  This case is therefore **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

It is **SO ORDERED**.

Dated: June 9, 2015

                _____
                Hon. Cathy Ann Bencivengo
                United States District Judge